ROBERT C. SMITH, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and De Angelis, JJ., who dissented upon the ground that the verdict is excessive.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MULHOLLAND COMPANY, Respondent, v. WILLIAM E. NOWAK and Others, Constituting the COMMON COUNCIL OF THE CITY OF DUNKIRK, NEW YORK, Appellants.— Order affirmed, with costs. All concurred.

ELIZABETH A. HICKEY, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to set aside the order permitting the plaintiff to sue as a poor person granted. Held, that the plaintiff, having already had four trials of the former action for the same cause and her complaint having been dismissed at the close of all the evidence, and this ruling having been affirmed by the Court of Appeals (See 163 App. Div. 270; 219 N. Y. 593), it would be an injustice to the defendant to now permit the plaintiff to prosecute another action as a poor person. All concurred.

JOHN S. SMITH, Respondent, v. ALABAMA LUMBER AND COOPERAGE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JESSIE BLANKENSHIP, Respondent, v. JESSE O'DONNELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

ELLA R. CASTLE, Respondent, v. JAMES C. CASTLE, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers within twenty days and be ready to argue appeal at opening of November term.

In the Matter of the Probate of the Last Will and Testament of ELIZABETH G. FAULKNER, Deceased.— Motion granted and appeal dismissed, with ten dollars costs.

GEORGE W. PECK, as Trustee, etc., Respondent, v. HERBERT WHEATON and Others, Appellants.— Motion to vacate order dismissing appeal denied, with ten dollars costs.

LILLIAN SAMPSON, Respondent, v. GROVER SAMPSON, Appellant.— Interlocutory judgment reversed and new trial granted, without costs. Held, that the findings of fact numbered " fourth " and " fifth " in the decision are not supported by satisfactory evidence. All concurred.

EARL C. GILLETTE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied, without costs.

EMMA MAGDELINE ERFLING, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied, without costs.